**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**CHEMOIL CORPORATION d/b/a**
**CHEMOIL AVIATION, a California**
**Corporation**

       **Plaintiff,**

v.                                                                                    Case No:  2:12-cv-472-UA-SPC

**MSA V, a Delaware Statutory Trust,**
**TEM ENTERPRISES d/b/a XTRA**
**AIRWAYS, a Nevada Corporation,**
**Aircraft Tail Number N279AD, an**
**aircraft, and Aircraft Tail Number**
**N772AS, an aircraft,**

       **Defendants.**
_____/

## ORDER

This matter comes before the Court on Plaintiff, Chemoil Aviation's ("Chemoil"), Motion for Extension of Time to Comply with Court's Order Dated February 27, 2013 (Doc. #28) filed on March 12, 2013.

On February 27, 2013, the Court, pursuant to Fed. R. Civ. P. 5(e), Local Rule 2.01(d), and the *Administrative Procedures for Electronic Filing in Civil and Criminal Cases*, entered an order entitled In Re: Compliance with Local Rule 2.01(d) ("Order"), which required attorney Rebecca C. Newman ("Ms. Newman"), counsel for Chemoil, to register with the Court's CM/ECF filing system. (Doc. #26). The Court required that Ms. Newman comply with the Order by March 13, 2013. Id. However, at that time, Ms. Newman was not a member of the Middle District Bar even though she was listed as counsel of record for Chemoil.  Without being sworn

in to the Middle District, Ms. Newman cannot register and/or complete the required CM/ECF training requirements by March 13, 2013.

Upon receipt of the Order, Ms. Newman, on or about February 28, 2013, submitted an application for attorney admission to the Middle District of Florida, Fort Myers Division. (Pl. Mot. for Extension of Time at 1). Ms. Newman's firm is located in Miami, Florida, she filed a request to have the Attorney's Admission Ceremony conducted via telephone. (Id. at 1). Currently, the Court is scheduled to swear in Ms. Newman by telephone on March 19, 2013. The Court will grant the extension of time but not for sixty days. Ms. Newman shall only receive fourteen (14) days from March 19, 2013, to complete the required CM/ECF training. Accordingly, Ms. Newman has up to and including April 2, 2013, to complete CM/ECF training.

Accordingly, it is now

**ORDERED:**

Plaintiff, Chemoil Aviation's ("Chemoil"), Motion for Extension of Time to Comply with court's Order Dated February 27, 2013 (Doc. #28) is **GRANTED**. Attorney, Rebecca C. Newman, shall have fourteen (14) days from March 19, 2013, up to and including **April 2, 2013**, to complete CM/ECF requirements.

**DONE** and **ORDERED** in Fort Myers, Florida this 13th day of March, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

2